UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST CASADOS, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, *et al.*,<br><br>            Defendants. | Case No. 22-cv-09095-SI<br><br>**ORDER TO SHOW CAUSE TO DEFENDANTS RE: FAILURE TO APPEAR AT OCTOBER 13, 2023 INITIAL CASE MANAGEMENT CONFERENCE AND SETTING CONTINUED STATUS CONFERENCE FOR 2:30 P.M. ON NOVEMBER 3, 2023** |

The Court held an initial case management conference on October 13, 2023. Plaintiffs' counsel appeared but defense counsel did not. Defense counsel also failed to meet and confer with plaintiffs' counsel about preparing a joint case management conference statement, and at the hearing plaintiffs' counsel stated that he had attempted to contact defense counsel regarding these matters and that he had not received any response. At the conference, the Court stated that discovery is now open and that initial disclosures are due October 20.

Accordingly, **defendants are hereby ORDERED TO SHOW CAUSE in writing no later than October 18, 2023, why defendants failed to appear at the October 13 initial case management conference.** The Court sets a case management conference for November 3, 2023, at 2:30 p.m.

**IT IS SO ORDERED**.

Dated: October 13, 2023

_____
SUSAN ILLSTON
United States District Judge