UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNEST CASADOS, et al.,

    Plaintiffs,

v.

WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 22-cv-09095-SI  (SI)

**AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 8/30/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference. ***Courtesy copies are due in court the Monday following filing see Standing Order for format requirements.***

DEADLINE FOR AMENDMENT OF THE PLEADINGS:   N/A

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF:  9/6/2024.

DESIGNATION OF EXPERTS:  9/13/2024; REBUTTAL:  10/4/2024;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is:  11/1/2024.

DISPOSITIVE MOTIONS **SHALL** be filed by:  9/13/2024;
    Opp. Due:  9/27/2024; Reply Due:  10/4/2024;
    and set for hearing no later than 10/18/2024 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  2/11/2025
PRETRIAL CONFERENCE DATE:  2/25/2025 at 1:30 PM.

TRIAL DATE: 3/10/2025 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: May 9, 2024

_____
SUSAN ILLSTON
United States District Judge